## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| ANNETTE T. BROGDEN,<br>    PLAINTIFF,<br>V.<br><br>STATE FARM FIRE AND CASUALTY COMPANY<br>    DEFENDANT. | CAUSE NO. 3:24-CV-00123-DRL-MGG |

### PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME

Comes now the Plaintiff, Annette T. Brogden, by undersigned counsel, and for her Third Motion for Extension of Time to respond to Defendant's Motion for Judgment on the Pleadings, states as follows:

1. Plaintiff filed Motion to Dismiss Without Prejudice because the action has been reinstated in Illinois.

2. The Court has not ruled on the Motion to Dismiss Without Prejudice.

3. Pursuant to the previous Motion for Extension of Time filed on September 9, 2024, Plaintiff's current response deadline is October 10, 2024.

4. Plaintiff seeks an additional 56 days up to and including December 5, 2024, so that the Court can rule on the Motion to Dismiss Without Prejudice.

5. Defendant was consulted about Plaintiff's Motion and at the time of filing has not responded.

WHEREFORE Plaintiff requests an extension of time up to and including December 5, 2024, to respond to the Defendant's Motion for Judgment on the Pleadings.

1

Respectfully submitted,

/s/David Miller
David Miller #31855-32
Saeed & Little, LLP
133 West Market Street, #189,
Indianapolis, IN 46204
Telephone: (317) 721-9214
david@sllawfirm.com

Attorneys for Plaintiff

**FEDERAL CERTIFICATE OF SERVICE**

I hereby certify that on date of filing, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record through the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/David Miller